FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

Mirror Metals Inc.

                                                Plaintiff,      21-00092

v.

UNITED STATES OF AMERICA,

                                                Defendant.     **SUMMONS**

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

| PROTEST | | | |
|---|---|---|---|
| Port of Entry: | Long Beach, CA | Date Protest Filed: | See attached schedule |
| Protest Number: | See attached schedule | Date Protest Denied: | See attached schedule |
| Importer: | Mirror Metals Inc. | | |
| Category of Merchandise: | various steel articles | | |

| ENTRIES INVOLVED IN ABOVE PROTEST | | | | | |
|---|---|---|---|---|---|
| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|  |  |  |  |  |  |
|  |  | See attached schedule |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Port Director,

U.S. Customs & Border Protection
301 E. Ocean Blvd., Suite 1400
Long Beach, CA 90802

*Address of Customs Port in Which Protest Was Denied*

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP
599 Lexington Avenue, 36th floor
New York, New York 10022
RSeely@GDLSK.COM
212/557-4000

*Name, Address and Telephone Number of Plaintiff's Attorney*

Page 1

**CONTESTED ADMINISTRATIVE DECISION**

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim: *Protests were filed under 19 U.S.C. 1514(a)(3) and (5) to contest the assessment of 25 percent ad valorem duties on the subject merchandise pursuant to Section 232 of the Trade Expansion Act of 1962, 19 U.S.C. 1862 (the "Section 232 duties").  Plaintiff contests the legality of the assessments under Section 232. We also contest the Bureau of Industry and Security's denial of exclusion requests filed by plaintiff pursuant to 15 CFR Part 705 Supplement 1.  These assessments and denials of the exclusion requests were arbitrary, capricious, unreasonable and otherwise not in accordance with law.* |

| The issue which was common to all such denied protests: |
|---|
| |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/  Robert F. Seely

Date:  03/05/2021

| PROTEST NUMBER | DATE PROT FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-20-127628 | 5/19/2020 | 12/8/2020 | 224-4731239-2 | 12/26/2018 | 11/22/2019 |
| 2704-20-127628 | 5/19/2020 | 12/8/2020 | 224-4731080-0 | 12/21/2018 | 11/22/2019 |
| 2704-20-127628 | 5/19/2020 | 12/8/2020 | 224-4731079-2 | 12/21/2018 | 11/22/2019 |
| 2704-20-127628 | 5/19/2020 | 12/8/2020 | 224-4731104-8 | 12/30/2018 | 11/22/2019 |
| 2704-20-127628 | 5/19/2020 | 12/8/2020 | 224-4731078-4 | 12/21/2018 | 11/22/2019 |
| | | | | | |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4732975-0 | 3/13/2019 | 2/7/2020 |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4731590-8 | 1/9/2019 | 12/9/2019 |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4731591-6 | 1/9/2019 | 12/9/2019 |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4731659-1 | 1/17/2019 | 12/13/2019 |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4731807-6 | 1/23/2019 | 12/20/2019 |
| 2704-20-130470 | 6/4/2020 | 12/8/2020 | 224-4732450-4 | 2/22/2019 | 1/17/2020 |
| | | | | | |
| 2704-20-140699 | 8/18/2020 | 12/8/2020 | 224-4733203-6 | 3/27/2019 | 2/21/2020 |
| 2704-20-140699 | 8/18/2020 | 12/8/2020 | 224-4733318-2 | 4/10/2019 | 3/6/2020 |
| 2704-20-140699 | 8/18/2020 | 12/8/2020 | 224-4733204-4 | 3/27/2019 | 2/21/2020 |
| 2704-20-140699 | 8/18/2020 | 12/8/2020 | 224-4733205-1 | 3/27/2019 | 2/21/2020 |
| 2704-20-140699 | 8/18/2020 | 12/8/2020 | 224-4733680-5 | 4/6/2019 | 3/13/2020 |

**Port Director**
**U.S. Customs & Border Protection**
**301 E. Ocean Blvd., Suite 1400**
**Long Beach, CA 90802**

10112514_1